U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 0 2 2007

ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY
SHREVEPORT

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| EDDIE MAE WILLIAMS WASHINGTON | CIVIL |
| VERSUS | NO. **1:07cv1263** |
| AIS SERVICES, LLC, <br> CHASE MANHATTAN BANK USA, N.A. <br> A/K/A CHASE PLATINUM MASTERCARD <br> A/K/A THE CHASE MANHATTAN <br> CORPORATION, TRANSUNION <br> CONSUMER RELATIONS, <br> EXPERIAN NCAC, AND EQUIFAX | JUDGE <br><br> MAGISTRATE JUDGE |

### NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1331, 1441 and 1681, and further based upon the grounds set forth in this Notice of Removal, defendant, Trans Union, LLC (incorrectly named in the Petition as "TransUnion Consumer Relations"), appearing herein through undersigned counsel, with full reservation of all rights and defenses, including all defenses provided by Rule 12 of the Federal Rules of Civil Procedure and all other jurisdictional, procedural and/or venue defenses, as well as all defenses to the merits to this action, hereby removes this action from the City of Alexandria Court for the Parish of Rapides, State of Louisiana to the United States District Court for the Western District of Louisiana, Alexandra Division. In support of defendant's Notice of Removal, defendant with respect represents:

1.

On July 10, 2007, Trans Union, LLC received by mail pursuant to the Long Arm Statute, a copy of a Petition filed by the plaintiff, Eddie Mae Williams Washington, against Trans Union,

LLC (incorrectly named as "TransUnion Consumer Relations"), AIS Services, LLC, Chase Manhattan Bank USA, N.A. A/K/A Chase Platinum Mastercard A/K/A The Chase Manhattan Corporation, Equifax Information Services LLC (incorrectly named as "Equifax"), and Experian Information Solutions, Inc. (incorrectly named as "Esperian, NCAC") in the City of Alexandria Court for the Parish of Rapides State of Louisiana, bearing Civil Suit No. 107959.

2.

The aforementioned Petition alleges that defendants are liable for damaging plaintiff's credit report and reporting alleged inaccuracies on plaintiff's credit report, which claims arise under, *inter alia*, the Federal Fair Credit Reporting Act, 15 U.S.C. §1681, *et seq.* as a matter of law.

3.

At all times pertinent to this cause of action, Trans Union, LLC was and is a foreign limited liability company engaged in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. §1681a(f). Defendants, Equifax Information Services, LLC and Experian Information Solutions, Inc., are also, upon information and belief, engaged in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. §1681a(f).

4.

Plaintiff filed this suit against Trans Union, LLC, Equifax Information Services, LLC and Experian Information Solutions, Inc., *inter alia*, for damages and injunctive relief arising out of

information reported on her consumer credit report, which cause of action is governed by the Fair Credit Reporting Act, 15 U.S.C. §1681, *et seq.*

5.

This Notice of Removal is filed on the basis of a jurisdiction conferred by 28 U.S.C. §1441(b) (original jurisdiction), 28 U.S.C. §1441(c), 28 U.S.C. §1331 (federal question), and 15 U.S.C. 1681(p), where the action arises under and is governed by the laws of the United States.

6.

Further, this Honorable Court has original jurisdiction of this action pursuant to a grant of original jurisdiction in the Fair Credit Reporting Act, 15 U.S.C. §1681(p).

7.

A copy of plaintiff's Petition, along with all other papers received by defendant or otherwise filed in state court are attached hereto as Exhibit 1 in compliance with 28 U.S.C. § 1446(a).

8.

Pursuant to 28 U.S.C. §§ 1331, 1441(a), 1441(c) and 1446(a) and without prejudice to any defense each defendant may have to plaintiff's action, jurisdictional or otherwise, the necessary defendants join in this Notice of Removal, as per the Notice of Consent to Removal by defendant, AIS Services, LLC, attached hereto as Exhibit 2, the Notice of Consent to Removal by defendant, Equifax Information Services LLC, attached hereto as Exhibit 3, and the Notice of Consent to Removal by defendant, Experian Information Solutions, Inc., attached hereto as Exhibit 4.

9.

Defendant submits that the consent or joinder of defendant, Chase Manhattan Bank USA, N.A. A/K/A Chase Platinum Mastercard A/K/A The Chase Manhattan Corporation ("Chase Manhattan"), to this removal is unnecessary as per 28 U.S.C. § 1446 because according to the Clerk of Court for the City of Alexandria Court for the Parish of Rapides, State of Louisiana as of August 1, 2007, the date of this filing, Chase Manhattan has not yet been served with process in this case. The Clerk of Court further advised that an attempt to serve Chase Manhattan on July 2, 2007 to the service address provided by plaintiff was unsuccessful as Chase Manhattan had moved from that address. Further, despite the lack of service on Chase Manhattan, in an attempt to obtain the consent of Chase Manhattan in an abundance of caution, the undersigned made a diligent search to identify and contact a representative or attorney for Chase Manhattan, but all inquiries to possible counsel failed to reveal the identity of any representative or counsel for the named defendant Chase Manhattan in a position to provide consent to this removal. Thus, for these reasons, Trans Union submits that the consent of Chase Manhattan to this removal is not necessary and this petition for removal therefore complies with 28 U.S.C. §1446.

10.

Further, this petition for removal is filed timely pursuant to 28 U.S.C. §1446(b) as it is filed within thirty days of July 5, 2007, the first date of service on a defendant—in this case defendant AIS Services, LLC—with a copy of the initial pleading setting forth the claim for relief.

11.

Venue is proper in the United States District Court for the Western District of Louisiana, Alexandria Division pursuant to 28 U.S.C. §1441(a) as the City Court of Alexandria for the Parish

of Rapides, State of Louisiana is embraced by the United States District Court for the Western District of Louisiana.

**WHEREFORE,** defendant, Trans Union, LLC, prays that this action be removed to this Court.

Respectfully submitted,

**KEAN, MILLER, HAWTHORNE,
D'ARMOND, McCOWAN & JARMAN, L.L.P.**

**GLENN P. ORGERON #10235
KAREN WATERS SHIPMAN #27320**
LL&E Tower, Suite 1450
909 Poydras Street
New Orleans, LA 70112
Telephone: (504) 585-3050
Fax: (504) 585-3051

AND

**TERRENCE D. McCAY** (Bar Roll # 26410)
**KEAN, MILLER, HAWTHORNE,
D'ARMOND, McCOWAN & JARMAN, L.L.P.**
One Lakeshore Drive, Suite 1600
Lake Charles, La 70629
Telephone: (337) 430-0350
Facsimile: (337) 436-5566

**ATTORNEYS FOR DEFENDANT,
TRANS UNION, L.L.C.**

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing pleading on known counsel or representative(s) for all parties to this proceeding via hand delivery, telecopy **OR** by placing same in the United States Mail, postage prepaid this 1st day of August, 2007:

Phillip W. DeVilbiss
Scofield, Gerard, Singletary & Pohorelsky
901 Lakeshore Drive, Suite 900 (70601)
P.O. Drawer 3028
Lake Charles, LA 70602
Attorneys for Experian Information Solutions, Inc.

Lewis P. Perling
King & Spalding LLP
1180 Peachtree Street
Atlanta, Georgia 30309
Attorneys for Equifax Information Services LLC

Alan Minard, General Manager
AIS SERVICES, LLC
8996 Miramar Road
Suite 220
San Diego, CA 92126
Representative of AIS Services, LLC

_____
KAREN WATERS SHIPMAN

U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 0 2 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY
SHREVEPORT

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## ALEXANDRIA DIVISION

| | |
|---|---|
| EDDIE MAE WILLIAMS WASHINGTON | CIVIL |
| VERSUS | NO. **1:07cv1263** |
| AIS SERVICES, LLC, CHASE MANHATTAN BANK USA, N.A. A/K/A CHASE PLATINUM MASTERCARD A/K/A THE CHASE MANHATTAN CORPORATION, TRANSUNION CONSUMER RELATIONS, EXPERIAN NCAC, AND EQUIFAX | JUDGE MAGISTRATE JUDGE |

## AFFIDAVIT

**PARISH OF ORLEANS**

**STATE OF LOUISIANA**

BEFORE ME, the undersigned Notary Public, personally came and appeared:

**KAREN WATERS SHIPMAN**

who, by me being first duly sworn, did depose and state that she served the above and foregoing Notice of Removal to plaintiff, Eddie Mae Williams Washington, through her attorney of record, John W. Scott, Esq., by placing a true copy of same in the United States Mail, postage prepaid this 1st day of August, 2007.

_____
KAREN WATERS SHIPMAN

Sworn to and subscribed before me this 1st day of August, 2007.

_____
NOTARY PUBLIC

STEPHEN C. HANEMANN, 28069
Notary Public in and for
the State of Louisiana.
My Commission is for Life.

1205731-1

1



WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 0 2 2007

ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY
SHREVEPORT

KAREN WATERS SHIPMAN, PARTNER
PH 504.620.3340  FAX 225.215.4163
KAREN.SHIPMAN@KEANMILLER.COM

August 1, 2007

**VIA FEDERAL EXPRESS**

Clerk of Court
United States District Court
Western District of Louisiana
300 Fannin Street, Suite 1167
Shreveport, LA 71101

    Re:    Eddie Mae Williams Washington v. AIS Services, LLC, et al
             Our File Number:  18647-015

Dear Sir/Madam:

    Enclosed please find the original and two copies of the Notice of Removal and Notice of Filing of Notice of Removal, along with the Civil Cover Sheet.  Please file the original into the record of this matter and return to me a conformed copy in the enclosed self-addressed, stamped envelope.  I have also enclosed our firm check in the amount of $350 in payment of filing fees.  Should you have any questions concerning this matter, please do not hesitate to contact me.

    With kindest regards, I remain

                                Very truly yours,

                                Karen Waters Shipman

KWS/lam
Enclosures
cc:    John W. Scott, Esq. (w/encl.)
        Phillip W. DeVilbiss (w/encl.)
        Lewis P. Perling (w/encl.)
        Alan Minard (w/encl.)

L L & E TOWER  SUITE 1450  909 POYDRAS STREET  NEW ORLEANS, LOUISIANA 70112  PHONE 504.585.3050  FAX 504.585.3051  keanmiller.com

BATON ROUGE    NEW ORLEANS    LAKE CHARLES    PLAQUEMINE